**FILED**

07/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0603

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0603

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TRENTON MATTHEW LARSON,

      Defendant and Appellant.

                      O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ed McLean, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 13 2022